# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| DOMINIC ADESANYA | ) | Case No. |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  October 22, 2014  in the county of _____ in the _____ District of  Columbia , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. section 1752(a)(1) | Knowingly entering or remaining in restructed building or grounds without lawful authority |
| 18 U.S.C. section 1368(a) | Harming animals used in law enforcement |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT

☐ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent John Grimsley
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  10/23/2014

_____
*Judge's signature*

City and state:  Washington, D.C.   Magistrate Deborah A. Robinson
*Printed name and title*