UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DOMINIC ADESANYA,<br><br>Defendant. | Criminal No. 14-000629M<br>(DAR) |

## ORDER

The Court, for the reasons set forth on the record at an initial appearance on October 23, 2014, and at the insistence of Defendant's counsel, hereby

**ORDERS** that Defendant Dominic Adesanya shall appear at the Superior Court of the District of Columbia, D.C. Department of Behavioral Health, Pretrial and Assessment Branch, on October 24, 2014, for the purpose of a forensic screening conducted by Dr. Teresa Grant for a determination of the Defendant's competency to proceed with a supervised release hearing.

**SO ORDERED** this 23rd day of October, 2014.

DEBORAH A. ROBINSON
United States Magistrate Judge